CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 JUL 10 AM 9:54

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | 2:15-CR-045-J (01) |
| | § § | |
| CHRISTINE NICHOLE ESTRADA | § | |

### ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

On July 2, 2015, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the Second Amended Motion to Suppress filed on May 27, 2015, by Defendant CHRISTINE NICHOLE ESTRADA be granted in part and denied in part. On July 9, 2015, Defendant filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Defendant's objections are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion to suppress filed by Defendant is GRANTED as to the tracking device reports and DENIED as to all other evidence.

It is so ORDERED.

SIGNED this 10th day of July, 2015.

MARY LOU ROBINSON
United States District Judge